NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN MICHAEL CRIM, | No. 11-16458 |
| Petitioner - Appellant, | D.C. No. 1:10-cv-01600-OWW |
| v. | |
| MICHAEL L. BENOV, Warden, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Oliver W. Wanger, District Judge, Presiding

Submitted March 6, 2012[**]

Before:    B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

Federal prisoner John Michael Crim appeals pro se from the district court's

judgment dismissing his 28 U.S.C. § 2241 habeas petition. We have jurisdiction

under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

Crim contends that the Bureau of Prisons ("BOP") was required to designate the programs that would qualify him for the full 12-month placement in a Residential Reentry Center ("RRC"), under the Second Chance Act of 2007 ("SCA"). The district court did not err in dismissing Crim's petition because the SCA does not mandate that the BOP designate which of its programs would make a prisoner eligible for placement in an RRC. *See* 42 U.S.C. §§ 17501-17555; 18 U.S.C. § 3624(c).

**AFFIRMED.**